# EXHIBIT G

**May 31, 2022 Demand Letter**



**JOHN T. LAY, JR.**
A member of the South Carolina Bar
*Direct Dial: 803.724.1800*
jlay@GWBlawfirm.com

May 31, 2022

GT Real Estate Holdings, LLC
Attn: Mark Hart
800 S. Mint Street
Charlotte, North Carolina 28202
Mark.Hart@TepperSportsEntertainment.com

Re:   Mt. Gallant Road Project Funds

Dear Mark:

As you know, this firm represents York County. York County provided GT Real Estate Holdings, LLC ("GTRE") $21 million (the "Penny Tax Funds") for the expansion of Mt. Gallant Road to five lanes (the "Mt. Gallant Project"). The Penny Tax Funds were raised pursuant to statute (S.C. Code Ann. §4-10-300, *et seq*.) and are restricted by the same to be used only "for the purposes stated in the imposition ordinance." As is made clear by York County's Penny Tax Ordinance and the Agreements by and between the County, GTRE and the City, the Penny Tax Funds were to be used solely and exclusively for the Mt. Gallant Project.

You have made clear the Mt. Gallant Project will not proceed. Further, you have indicated the Penny Tax Funds were not segregated or otherwise dedicated for the Mt. Gallant Project. Rather, it is our understanding GTRE commingled the Penny Tax Funds in its general operating account.

GTRE has no right to the Penny Tax Funds and any continued exercise of dominion over them is wrongful, tortious, inequitable and in direct violation of the Penny Tax Statute. York County demands the Penny Tax Funds be returned immediately. To be clear, a return of the $21 million will not make York County whole or preclude it from pursuing other claims against GTRE. Rather, this is a non-negotiable, condition precedent to any further discussions between GTRE and York County to resolve their other disagreements and damages arising from GTRE's conduct.

On or before June 8, 2022, please provide me with copy to Michael Kendree GTRE's non-privileged, written agreement to return the Penny Tax Funds by June 15, 2022. To the extent GTRE does not satisfy either of these terms, York County will be forced to pursue any and all options available to it, including but not limited to actions at law or in equity against GTRE and any other individual and/or entity responsible for the disposition of the Penny Tax Funds. If you have any questions or wish to discuss further, I may be reached by phone at (803) 724-1800.

Sincerely,

John T. Lay, Jr.

Cc:

GT Real Estate Holdings, LLC
Attn: Steve Argeris
800 S. Mint Street
Charlotte, North Carolina 28202

Moore & Van Allen PLLC
Attn: Elizabeth Buckner
100 N. Tryon St., Suite 4700
Charlotte, North Carolina 28202

O'Melveny & Myers LLP
Attn: Irwin Raij
Times Square Tower
7 Times Square
New York, NY 10036

Michael K Kendree
michael.kendree@yorkcountygov.com